■ In the Matter of ROBERT R. KAUFMAN, an Attorney.—Motion for

reargument or granting leave to appeal denied in all respects. Concur—Murphy, J. P., Lupiano, Birns, Lane and Markewich, JJ.